IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHARLES WILLIAM HOOPER,

                Petitioner,

v.

JUNEAU COUNTY,

                Respondent.

ORDER

11-cv-685-wmc

---

Charles William Hooper has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He was allowed to proceed *in forma pauperis*. The petition is before the court for preliminary review pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

Hooper is challenging his 2004 Juneau County convictions for battery to a prisoner (Case No. 2004-CF-0023 9). He does not allege that he is currently in custody pursuant to these convictions or that he has exhausted his state court remedies. Further, it is not clear on what basis Hooper is challenging his convictions. Therefore, the court will give him an opportunity to submit a petition including this information.

In completing the enclosed petition for a writ of habeas corpus, he needs to identify the constitutional basis for the challenge to his convictions and any state court remedies that he has pursued. Also, he should inform the court if he is "in custody" pursuant to the convictions he is challenging. Hooper should submit this information no later than November 7, 2011.

ORDER

IT IS ORDERED that plaintiff Charles William Hooper has until November 7, 2011 to submit an amended petition for a writ of habeas petition, including the information described herein. If he fails to do so, his will be dismissed without prejudice for his failure to prosecute it.

Entered this 14th day of October, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge