IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHARLES WILLIAM HOOPER,

    Petitioner,

v.

JUNEAU COUNTY,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-685-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Charles William Hooper for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for failure to prosecute.

_____       11/29/2011
Peter Oppeneer, Clerk of Court          Date